DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**H.J.C.,**
Appellant,

v.

**J.Y.,**
Appellee.

No. 4D20-1227

[November 19, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne Fahnestock, Judge; L.T. Case No. FMCE17-13542.

Catherine L. Roselli, Esq., Fort Lauderdale, for appellant.

David M. Scott, Esq. of Florida Family Law Clinic, LLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***